IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: VERNON MOORE | ) |
| | ) |
| PNC Bank, N.A., | ) |
|     Creditor, | ) |
| | ) |
|   vs. | ) CASE NO. 06B03842 |
| | ) JUDGE Pamela S. Hollis |
| VERNON MOORE, | ) |
|     Debtor | ) |

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes PNC Bank, N.A., by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The Debtor is due for the July 2010 contractual payment and all those thereafter.

2. The following is an itemization of the amounts due on the loan as of June 2, 2010:

   a. Attorneys Fees                           $250.00
   b. Payment (7/10 @ $1,181.28)             $1,181.28
   c. Late Charge                               $47.25
   d. Property Inspection                      $180.00
   e. Suspense                              -$1,067.98
   Total                                       $590.55

If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice PNC Bank, N.A. rights to collect these amounts will be unaffected.

Respectfully Submitted,
PNC Bank, N.A.

/s/Lydia Y. Siu
Lydia Y. Siu
ARDC#6288604
Pierce and Associates, P.C.
1 North Dearborn
Suite 1300
Chicago, Illinois 60602
(312)346-9088